UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KRISTIN LEE LARAMIE BELTZ,

    Plaintiff,

v.                                Case No:  2:14-cv-720-FtM-38CM

NEW YORK LIFE INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on review of the docket. On March 13, 2015, the Court rescheduled the Preliminary Pretrial Conference (PPTC) to April 13, 2015, at 2 p.m. (Doc. #13). The Court reminds the Parties that, pursuant to Middle District of Florida Local Rule 3.05(c)(2)(B), they are required to meet and prepare a Case Management Report before the PPTC. The substantive requirements of the Case Management Report are set out in Local Rule 3.05(c)(2)(C).

Accordingly, it is now **ORDERED**:

The Parties must prepare and file a Case Management Report prior to the Preliminary Pretrial Conference scheduled for April 13, 2015, at 2 p.m.

**DONE** and **ORDERED** in Fort Myers, Florida, this 13th day of March, 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.